

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2019

No. 04-19-00244-CR

Christopher **KINES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 16-07-153-CRW
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellant's brief was originally due on August 12, 2019. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to September 11, 2019. On August 27, 2019, appellant filed a motion requesting an additional extension of time to file the brief until October 11, 2019, for a total extension of sixty days. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file his brief **on or before October 11, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court